

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of W.B.G.

No. 06-19-00070-CV

Appeal from the 76th District Court of Titus County, Texas (Tr. Ct. No. JV-763). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's disposition order.

We note that the appellant has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 13, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk